IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| David Seabrook,<br><br>    Plaintiff,<br><br>v.<br><br>City of North Charleston, Charleston County EMS, Sgt. Robert Kruger, Officer Scott Thomes, K-9 Officer D. Green, Officer William Taylor, John Doe, April Gadsden,<br><br>    Defendants. | C/A No.: 2:20-cv-03093-RMG-MGB<br><br>**VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE AS TO INDIVIDUAL DEFENDANTS (ONLY)** |

Now comes the Plaintiff, David Seabrook, with the consent of Defendants, both by and through their undersigned counsel, and hereby dismisses all causes of action against Sgt. Robert Kruger, Officer Scott Thomes, K-9 Officer D. Green, Officer William Taylor, John Doe, and April Gadsden (the "Individual Defendants") in the above captioned case *with prejudice.* The parties further agree to remove the Individual Defendants from the Caption. This voluntary stipulation does not end the case as there remains claims pending against the City of North Charleston and Charleston County EMS.

WE STIPULATE:

s/*Daniel C. Boles*
Daniel C. Boles, Esquire
Boles Law Firm, LLC
23 Broad Street
Charleston, SC 29402
(843) 576-5775
Dan@boleslawfirmllc.com

*Attorney for Plaintiff*

WE CONSENT:

s/*Christopher T. Dorsel*
Christopher T. Dorsel, Esquire
Senn Legal, LLC
Post Office Box 12279
Charleston, South Carolina 29422
(843) 556-4045
(843) 556-4046 (fax)
Chris@SennLegal.com

*Attorney for Defendants*

April 20, 2022
Charleston, South Carolina

1