IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| David Seabrook, | C/A No.: 2:20-cv-03093-RMG-MGB |
|---|---|
| Plaintiff, | |
| v. | |
| City of North Charleston, Charleston County EMS, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Now comes the Plaintiff, David Seabrook, with the consent of Defendants, City of North Charleston and Charleston County EMS, both by and through their undersigned counsel, and hereby dismisses all causes of action in the above captioned case *with prejudice* and agrees that the plaintiff is forever barred from instituting or maintaining any further actions against the defendants arising from or in relation to the allegations in this matter.

WE STIPULATE:

s/*Daniel C. Boles*
Daniel C. Boles, Esquire
Boles Law Firm, LLC
23 Broad Street
Charleston, SC 29402
(843) 576-5775
Dan@boleslawfirmllc.com

*Attorney for Plaintiff*

WE CONSENT:

s/*Christopher T. Dorsel*
Christopher T. Dorsel, Esquire
Senn Legal, LLC
Post Office Box 12279
Charleston, South Carolina  29422
(843) 556-4045
(843) 556-4046 (fax)
Chris@SennLegal.com

*Attorney for Defendants*

May 3, 2022 Charleston,
South Carolina

1